at 19 cents per pound of clean content on the basis of the weights found by the collector.

To that extent, the protest is sustained. As to all other claims, the protest is overruled. Judgment will be rendered accordingly.

**No. 66164.**—D. Hauser, Inc. *v.* United States, protest 59/1302(B) (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S.A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiff was sustained.

**No. 66165.**—Derby Foods, Inc. *v.* United States, protests 259225–K(B), etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66166.**—Gonzales & Blanco *v.* United States, protests 265765–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66167.**—Brown, Alcantar & Brown, Inc. *v.* United States, protest 267859–K (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66168.**—Derby Foods, Inc. *v.* United States, protests 270895–K/7292, etc. (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66169.—Derby Foods, Inc. *v.* United States, protests 288004–K and 304940–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66170.—Canada Packers, Inc. *v.* United States, protests 60/19148 and 60/19209 (Boston).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1961

No. 66171.—General Home Equipment, Inc., and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 58/14096–S, etc. (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66172.—Geo. S. Bush & Co., Inc., et al. *v.* United States, protests 59/9001–S, etc. (Seattle).